# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

**In re:**

        **Fernisa L. Parker,**
        **Debtor.**                  **Bankruptcy Case. No. 05-12674-DHW**


        **Fernisa L. Parker,**
        **Plaintiff,**

        **v.**                        **Adversary Proceeding No. 06-01139-DHW**

**Pioneer Credit Company of Alabama, Inc.**
**d/b/ First Southeast Acceptance Corporation,**
**Defendant.**


## TRANSMITTAL OF APPEAL

      I, Dianne M. Segrest,  do hereby certify that the documents herein comprise the items in the designation of contents related to the Notice of Appeal filed in the above referenced case.

**Transmittal Submitted On**:        **August 16, 2007**

**Notice of Appeal Filed:**        **July 18, 2007**


**Contents of Record**:
**Designated Items of Appellant(s)**:  **August 14, 2007**
**Designated Items of Appellee:**     **August 8, 2007**

**Remarks**:
**Filing Fee Paid on July 18, 2007 : $255.00 Rec#( AP docket #48)**


**PLEASE ACKNOWLEDGE RECEIPT OF TRANSMITTED APPEAL**

     /s/ Richard S. Oda, Clerk
    United States Bankruptcy Court


     /s/Dianne M. Segrest
    Deputy Clerk

**FOR THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | * | **CHAPTER 13 BANKRUPTCY** |
| **FERNISA PARKER,** | * | **CASE NO.: 05-12674** |
| **DEBTOR,** | * | |
| **FERNISA PARKER,** | * | |
| **PLAINTIFF,** | * | |
| **VS.** | * | **ADVERSARY PROCEEDING** |
| **PIONEER CREDIT COMPANY OF ALABAMA, INC., d/b/a 1st SOUTH EAST ACCEPTANCE CORPORATION,** | * * | **CASE NUMBER: 06-01139** |
| **DEFENDANT.** | * | |

### NOTICE OF APPEAL

Notice is hereby given that Pioneer Credit Company of Alabama, Inc. d/b/a 1st South East Acceptance Corporation, Defendant in the above named case, herby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered on June 28, 2007 and Order denying the Defendant's Motion to Alter, Amend or Vacate Judgment and for New Trial entered on July 9, 2007.

### CERTIFICATE OF SERVICE

I, Thadius W. Morgan, Jr., hereby certify that I have this date served a copy of the above

and foregoing Notice of Appeal on all parties listed below by placing a copy of same in the

United States Mail, postage prepaid and addressed to their regular mailing addresses.

Honorable David G. Poston
Honorable Michael D. Brock
Honorable Gary W. Stout
Attorneys for Plaintiff
Post Office Drawer 311167
Enterprise, Alabama 36331

This the 18th day of July, 2007.

__/s/ Thadius W. Morgan, Jr._____
Of Counsel

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                          Case No. 05-12674
                                               Chapter 13

FERNISA L. PARKER,

      Debtor.

_____

FERNISA L. PARKER,

      Plaintiff,

v.                                             Adv. Proc. No. 06-01139

PIONEER CREDIT COMPANY
OF ALABAMA, INC. d/b/a
FIRST SOUTHEAST ACCEPTANCE
CORPORATION,

      Defendant.

## FINAL JUDGMENT

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED that the plaintiff Fernisa L. Parker have and recover of the defendant Pioneer Credit Company of Alabama, Inc. d/b/a First Southeast Acceptance Corporation actual damages in the amount of $500 and attorneys' fees and expenses in the amount of $12,791.45.  It is

FURTHER ORDERED that the default judgment obtained by the defendant in the District Court of Coffee County, Alabama (No. DV2006-88) is hereby declared VOID as obtained in violation of the automatic stay.

Done this 28th day of June, 2007.

/s/ Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:  Michael D. Brock, Plaintiff's Attorney
David G. Poston, Plaintiff's Attorney
Thadius W. Morgan, Jr., Defendant's Attorney

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re:                                          Case No. 05-12674
                                                Chapter 13

FERNISA L. PARKER,

     Debtor.

_____

FERNISA L. PARKER,

     Plaintiff,

v.                                              Adv. Proc. No. 06-01139

PIONEER CREDIT COMPANY OF
ALABAMA, INC. d/b/a FIRST
SOUTHEAST ACCEPTANCE
CORPORATION,

     Defendant.

### *EX PARTE* ORDER DENYING DEFENDANT'S
### MOTION TO ALTER, AMEND OR VACATE JUDGMENT AND FOR NEW TRIAL

On July 6, 2007, the defendant in this adversary proceeding filed a motion to alter, amend or vacate the judgment of this court and for new trial.[1]  Upon consideration of the defendant's motion, it is

ORDERED that the motion is DENIED.

Done this the 9th day of July, 2007.

                /s/ Dwight H. Williams, Jr.
                United States Bankruptcy Judge

c:  Michael D. Brock, Plaintiff's Attorney

---

[1]The judgment sought to be altered, amended or vacated is at Doc. #41.  A memorandum opinion, wherein findings of fact and conclusions of law are made supporting the judgment, is at Doc. #40.

David G. Poston, Plaintiff's Attorney
Thadius W. Morgan, Jr., Defendant's Attorney

**JUDGMT, APPEAL**

# U.S. Bankruptcy Court
# MIDDLE DISTRICT OF ALABAMA (Dothan)
## Adversary Proceeding #: 06-01139
### Internal Use Only

*Assigned to:* Dwight H. Williams Jr.                    *Date Filed:* 07/14/06
*Related BK Case:* 05-12674 (Associated Cases)
*Related BK Title:* Fernisa L Parker
*Related BK Chapter:* 13
*Demand:*
*Nature[s] of Suit:* 498 Other Action


**Plaintiff**
-----------------------

**Fernisa L Parker**                     represented by **David-CR G. Poston**
106 Radio Street                                          Brock & Stout
Enterprise, AL 36330                                      P.O. Drawer 311167
SSN: ██████████                                           Enterprise, AL 36331-1167
                                                          334-393-4357
                                                          Fax : 334-393-0026
                                                          Email: david@circlecitylaw.com
                                                          *LEAD ATTORNEY*


V.


**Defendant**
-----------------------

**Pioneer Credit Company of**            represented by **Thadius W. Morgan, Jr.**
**Alabama, Inc. d/b/a First**                            Thadius W. Morgan, Jr., Attorney
**Southeast Acceptance**                                 At Law
**Corporation**                                          PO Box 310396
c/o CSC Lawyers Incorporating                            Enterprise, AL 36331
Service                                                   334-347-8130
150 South Perry Street                                   Fax : 334-347-0038
Montgomery, AL 36104                                     Email: twmjr_law@yahoo.com

| Filing Date | # | Docket Text |
|---|---|---|
| 07/14/2006 | 🔘1 | Adversary case 06-01139. (498 (Other Action)): Complaint against Pioneer Credit Company of Alabama, Inc. d/b/a First Southeast Acceptance Corporation. -NO FEE DUE- Filed by David-CR G. Poston, Fernisa L Parker on behalf of Fernisa L Parker. (Attachments: # 1 Appendix Summons) (Poston, David-CR) (Entered: 07/14/2006) |
| 07/14/2006 | 🔘2 | Application *For Preliminary Injunction.* Filed by David-CR G. Poston on behalf of Fernisa L Parker. (Poston, David-CR) (Entered: 07/14/2006) |
| 07/17/2006 | | Flags: AwCAact21 flag(s) removed. No filing fee due - filed by debtor. New Case Received and Reviewed for Accuracy. (DS, ) (Entered: 07/17/2006) |
| 07/17/2006 | 🔘3 | Summons Issued to Attorney for Plaintiff (David G. Poston) to be served on Defendant Pioneer Credit Company of Alabama, Inc. d/b/a First Southeast Acceptance Corporation Date Issued 7/17/2006, Answer Due 8/16/2006. Execution of Summons to be done by 7/27/2006. (DS, ) (Entered: 07/17/2006) |
| 07/17/2006 | 🔘4 | Notice of Telephone Hearing Set (RE: related document(s)2 Plaintiff's Application for Preliminary Injunction). Hearing scheduled for 7/18/2006 at 01:30 PM at Telephone Hearing. (JPC, ) (Entered: 07/17/2006) |
| 07/18/2006 | 🔘5 | Hearing Continued from 7/18/06 on matter filed by David-CR G. Poston of Brock & Stout (RE: related document(s)2 Generic Application). Hearing scheduled for 7/19/2006 at 10:00 AM at Telephone Hearing. (BL, ) (Entered: 07/18/2006) |
| 07/19/2006 | 🔘6 | Summons Service Executed on Fernisa L Parker |

| | | 7/19/2006 . (RE: related document(s)<u>3</u> Summons Issued, ). (Poston, David-CR) (Entered: 07/19/2006) |
|---|---|---|
| 07/19/2006 | <u>7</u> | Order Granting Application For Preliminary Injunction (Related Doc # <u>2</u>) Entered On 7/19/2006. (Sent copy to Thadius W. Morgan as additional Recipient) (DW, ) Modified text on 7/19/2006 (DW, ). (Entered: 07/19/2006) |
| 07/19/2006 | <u>8</u> | BNC Certificate of Service - Telephone Hearing - (RE: related document(s)<u>4</u> Telephone Hearing). No. of Notices: 1. Service Date 07/19/2006. (Admin.) (Entered: 07/20/2006) |
| 07/19/2006 | <u>9</u> | BNC Certificate of Service - See Image Attached - (RE: related document(s)<u>3</u> Summons Issued, ). No. of Notices: 1. Service Date 07/19/2006. (Admin.) (Entered: 07/20/2006) |
| 07/21/2006 | <u>10</u> | BNC Certificate of Service - See Image Attached - (RE: related document(s)<u>7</u> Order on Application). No. of Notices: 2. Service Date 07/21/2006. (Admin.) (Entered: 07/22/2006) |
| 08/15/2006 | <u>11</u> | Motion to Dismiss Adversary Proceeding *Answer and Counterclaim* Filed by Thadius W. Morgan Jr. on behalf of Pioneer Credit Company of Alabama, Inc. d/b/a First Southeast Acceptance Corporation. (Morgan, Thadius) (Entered: 08/15/2006) |
| 08/16/2006 | <u>12</u> | Notice of Hearing Set (RE: related document(s)<u>11</u> Motion to Dismiss Adversary Proceeding Answer and Counterclaim). Hearing scheduled for 9/6/2006 at 10:00 AM at Dothan Federal Courthouse, U.S. Bankruptcy Court. (JC, ) (Entered: 08/16/2006) |
| 08/18/2006 | <u>13</u> | BNC Certificate of Service - Hearing - (RE: related document(s)<u>12</u> Hearing (Bk)). No. of Notices: 2. Service Date 08/18/2006. (Admin.) (Entered: |

| | | 08/19/2006) |
|---|---|---|
| 09/13/2006 | ⦿14 | Order Denying Motion to Dismiss Adversary Proceeding (Related Doc # 11) Entered On 9/13/2006. (DW, ) (Entered: 09/13/2006) |
| 10/05/2006 | ⦿15 | Order Setting Scheduling Conference Hearing Entered On 10/5/2006 (RE: related document(s)1 Complaint, filed by Plaintiff Fernisa L Parker). Hearing scheduled for 10/19/2006 at 09:00 AM at Telephone Hearing. (DW, ) (Entered: 10/05/2006) |
| 10/07/2006 | ⦿16 | BNC Certificate of Service - See Image Attached - (RE: related document(s)15 Order on Motion To Set Hearing). No. of Notices: 1. Service Date 10/07/2006. (Admin.) (Entered: 10/07/2006) |
| 10/17/2006 | ⦿17 | Motion to Continue/Reschedule Hearing On *October 19, 2006 at 9:00 a.m.* Filed by Thadius W. Morgan Jr. on behalf of Pioneer Credit Company of Alabama, Inc. d/b/a First Southeast Acceptance Corporation (RE: related document(s)15 Order on Motion To Set Hearing). (Morgan, Thadius) (Entered: 10/17/2006) |
| 10/18/2006 | | Motion terminated. (RE: related document(s)17 Motion to Continue/Reschedule Hearing. (JV, ) (Entered: 10/18/2006) |
| 10/24/2006 | ⦿18 | Order to Continue Scheduling Conference Entered On 10/24/2006 (RE: related document(s)1 Complaint, filed by Plaintiff Fernisa L Parker). Hearing scheduled for 10/30/2006 at 10:15 AM at Telephone Hearing. (DW, ) (Entered: 10/24/2006) |
| 10/26/2006 | ⦿19 | BNC Certificate of Service - See Image Attached - (RE: related document(s)18 Order to Continue/Reschedule Hearing). No. of Notices: 1. Service Date 10/26/2006. (Admin.) (Entered: 10/27/2006) |

| 10/31/2006 | 🔘20 | *Plaintiff's* Answer *To Counterclaim* Filed by David-CR G. Poston on behalf of Fernisa L Parker. (Poston, David-CR) (Entered: 10/31/2006) |
| 10/31/2006 | 🔘21 | Motion */ Plaintiff's Motion To Dismiss Counterclaim.* Filed by David-CR G. Poston on behalf of Fernisa L Parker (RE: related document(s)11 Motion to Dismiss Adversary Proceeding filed by Defendant Pioneer Credit Company of Alabama, Inc. d/b/a First Southeast Acceptance Corporation). (Poston, David-CR) (Entered: 10/31/2006) |
| 11/01/2006 | 🔘22 | Notice of Telephone Hearing Set (RE: related document(s)21 Motion/ Plaintiff's Motion To Dismiss Counterclaim). Hearing scheduled for 11/16/2006 at 09:00 AM at Telephone Hearing with SPRINT. (JC, ) (Entered: 11/01/2006) |
| 11/01/2006 | 🔘23 | Notice of Deposition Filed by David-CR G. Poston on behalf of Fernisa L Parker. (Poston, David-CR) (Entered: 11/01/2006) |
| 11/01/2006 | 🔘24 | Order Setting Trial Date/Scheduling Order Entered On 11/1/2006 (RE: related document(s)1 Complaint, filed by Plaintiff Fernisa L Parker). Dispositive Pretrial Motions due by 5/9/2007. Pretrial Disclosures due by 4/25/2007. List Disclosing Objections To The Use of Depositions or Admissibility of Exhibits due by 5/2/2007. Discovery due by 2/27/2007. Trial date set for 5/9/2007 at 01:30 PM at Dothan Federal Courthouse, U.S. Bankruptcy Court. (DW, ) (Entered: 11/01/2006) |
| 11/01/2006 | 🔘25 | Motion to Continue/Reschedule Hearing On *November 16, 2006 at 9:00 a.m.* Filed by Thadius W. Morgan Jr. on behalf of Pioneer Credit Company of Alabama, Inc. d/b/a First Southeast Acceptance Corporation (RE: related document(s)22 Telephone Hearing). (Morgan, Thadius) (Entered: 11/01/2006) |

| | | |
|---|---|---|
| 11/02/2006 | | Motion terminated. (RE: related document(s)25 Motion to Continue/Reschedule Hearing, ). (Hearing to be continued) (JV, ) (Entered: 11/02/2006) |
| 11/02/2006 | 26 | Hearing Continued on matter filed by David-CR G. Poston of Brock & Stout on behalf of Fernisa L Parker (RE: related document(s)21 Motion, ). Hearing scheduled for 11/29/2006 at 10:00 AM at Dothan Federal Courthouse, U.S. Bankruptcy Court. (JV, ) (Entered: 11/02/2006) |
| 11/03/2006 | 27 | BNC Certificate of Service - Hearing - (RE: related document(s)22 Telephone Hearing). No. of Notices: 3. Service Date 11/03/2006. (Admin.) (Entered: 11/04/2006) |
| 12/05/2006 | 28 | Order Granting Motion to Dismiss Counterclaim (Related Doc # 21) Entered On 12/5/2006. (DW, ) (Entered: 12/05/2006) |
| 02/01/2007 | 29 | WITHDRAWN - SEE DOC. #33 - Motion to Compel Filed by David-CR G. Poston on behalf of Fernisa L Parker. (Attachments: # 1 Exhibit A) (Poston, David-CR) Modified text on 2/15/2007 (DW, ). (Entered: 02/01/2007) |
| 02/01/2007 | 30 | WITHDRAWN - SEE DOC. #33 - Motion for Request for Admission Filed by David-CR G. Poston on behalf of Fernisa L Parker (RE: related document(s)29 Motion to Compel filed by Plaintiff Fernisa L Parker). (Attachments: # 1 Exhibit A) (Poston, David-CR) Modified text on 2/15/2007 (DW, ). (Entered: 02/01/2007) |
| 02/02/2007 | 31 | Notice of Telephone Hearing Set (RE: related document(s)29 Motion to Compel, 30 Motion for Request for Admission). Hearing scheduled for 2/15/2007 at 09:00 AM at Telephone Hearing with SPRINT (JV) (Entered: 02/02/2007) |

| | | |
|---|---|---|
| 02/04/2007 | 32 | BNC Certificate of Service - Hearing - (RE: related document(s)31 Telephone Hearing). No. of Notices: 3. Service Date 02/04/2007. (Admin.) (Entered: 02/04/2007) |
| 02/14/2007 | 33 | Notice to Withdraw Document Filed by David-CR G. Poston on behalf of Fernisa L Parker (RE: related document(s)29 Motion to Compel filed by Plaintiff Fernisa L Parker, 30 Motion for Request for Admission filed by Plaintiff Fernisa L Parker). (Poston, David-CR) (Entered: 02/14/2007) |
| 02/15/2007 | | Motion terminated. (RE: related document(s)29 Motion to Compel, 30 Motion for Request for Admission, ). See Doc. #33 (DW, ) (Entered: 02/15/2007) |
| 05/02/2007 | 34 | Submission of Pretrial Documents *Plaintiff's Pretrial Disclosures.* Filed by David-CR G. Poston on behalf of Fernisa L Parker (RE: related document(s)1 Complaint, filed by Plaintiff Fernisa L Parker). (Poston, David-CR) (Entered: 05/02/2007) |
| 05/03/2007 | 35 | Submission of Pretrial Documents *Defendant's Pretrial Disclosures* Filed by Thadius W. Morgan Jr. on behalf of Pioneer Credit Company of Alabama, Inc. d/b/a First Southeast Acceptance Corporation (RE: related document(s)24 Scheduling Order, ). (Morgan, Thadius) (Entered: 05/03/2007) |
| 05/16/2007 | | Matter Under Advisement Re: Trial. (RE: related document(s)1 Complaint, 24 Scheduling Order, 7 Order on Application). Matter Under Advisement Due by 5/29/2007. (AW, ) (Entered: 05/16/2007) |
| 06/01/2007 | 36 | Motion to Pay */ Plaintiff's Motion For An Award Of Costs And Attorney Fees.* Filed by David-CR G. Poston on behalf of Fernisa L Parker. (Attachments: # 1 Affidavit Of David G. Poston# 2 Affidavit Of Michael D. Brock# 3 Exhibit A# (4) Exhibit B) (Poston, |

| | | |
|---|---|---|
| | | David-CR) (Entered: 06/01/2007) |
| 06/04/2007 | ●37 | Notice of Submission Error requiring refiling. INCORRECT DOCKET EVENT - PLEASE REDOCKET UNDER THE MOTIONS CATEGORY "COMPENSATION" OR "PROFESSIONAL FEES". Please refile using the correct ECF docket event or corrected document within 7 days or your pleading may be dismissed. (RE: related document(s)36 Motion to Pay, ). Incomplete Filings due by 6/11/2007. (DW, ) (Entered: 06/04/2007) |
| 06/04/2007 | ●38 | Application for Compensation for David-CR G. Poston, Debtor's Attorney, Period: 7/11/2006 to 6/1/2007, Fee: $12,398.40, Expenses: $393.05. Filed by David-CR G. Poston (RE: related document(s)[37] Notice of Submission Error/Refiling, ). (Attachments: # 1 Affidavit Affidavit Of Michael D. Brock# 2 Affidavit Affidavit Of David G. Poston# 3 Exhibit A# 4 Exhibit B) (Poston, David-CR) (Entered: 06/04/2007) |
| 06/05/2007 | | Motion terminated. (RE: related document(s)36 Motion to Pay, )(See Doc. #38). (DW, ) (Entered: 06/05/2007) |
| 06/12/2007 | | Deadlines terminated re Doc. #37 - Document refiled correctly. (DW, ) (Entered: 06/12/2007) |
| 06/19/2007 | ●39 | Corporate Disclosure Statement Filed by David-CR G. Poston on behalf of Fernisa L Parker. (Poston, David-CR) (Entered: 06/19/2007) |
| 06/20/2007 | | Flags: AwCAact34 flag(s) removed re Doc. #39 - Plaintiff is an individual. (DW, ) (Entered: 06/20/2007) |
| 06/28/2007 | | Matter Under Advisement Complete. Final Judgment to Enter (RE: related document(s) Set Matter Under Advisement Deadline). (AW, ) (Entered: 06/28/2007) |

| 06/29/2007 | 40 | MEMORANDUM OPINION - Authored by Judge Dwight Williams. Entered On 6/29/2007 (RE: related document(s)1 Complaint, filed by Plaintiff Fernisa L Parker). (DH, ) (Entered: 06/29/2007) |
| 06/29/2007 | 41 | Final Judgment RE: 40 Opinion)Entered On 6/29/2007. (DH, ) (Entered: 06/29/2007) |
| 06/29/2007 |  | Case could not be closed because waiting 10 days to close for any objections to be filed.. Close Case Follow Up Review due on 7/9/2007. (DH, ) (Entered: 06/29/2007) |
| 07/01/2007 | 42 | BNC Certificate of Service - See Image Attached - (RE: related document(s)40 Opinion). No. of Notices: 2. Service Date 07/01/2007. (Admin.) (Entered: 07/02/2007) |
| 07/01/2007 | 43 | BNC Certificate of Service - See Image Attached - (RE: related document(s)41 Judgment). No. of Notices: 2. Service Date 07/01/2007. (Admin.) (Entered: 07/02/2007) |
| 07/02/2007 |  | BA Reset AwBAact6: no response necessary. (Fritz, Michael) (Entered: 07/02/2007) |
| 07/06/2007 | 44 | Motion to Reconsider/ Set Aside *Final Judgment of June 28, 2007* Filed by Thadius W. Morgan Jr. on behalf of Pioneer Credit Company of Alabama, Inc. d/b/a First Southeast Acceptance Corporation (RE: related document(s)41 Judgment, 40 Opinion). (Morgan, Thadius) (Entered: 07/06/2007) |
| 07/09/2007 | 45 | EXPARTE Order Denying Defendant's Motion To Alter, Amend Or Vacate Judgement And For New Trial (Related Doc # 44) Entered On 7/9/2007. (JT, ) (Entered: 07/09/2007) |

| 07/10/2007 | | Flags: CANTCLOSE flag(s) removed, Deadlines terminated.. (DW, ) (Entered: 07/10/2007) |
|---|---|---|
| 07/10/2007 | | Case could not be closed because ten days have not passed for appeal of order. Close Case Follow Up Review due on 7/19/2007. (DW, ) (Entered: 07/10/2007) |
| 07/11/2007 | 46 | BNC Certificate of Service - See Image Attached - (RE: related document(s)45 Order on Motion To Reconsider/ Set Aside). No. of Notices: 1. Service Date 07/11/2007. (Admin.) (Entered: 07/12/2007) |
| 07/18/2007 | 47 | Notice of Appeal . Fee Amount $255. Filed by Thadius W. Morgan Jr. on behalf of Pioneer Credit Company of Alabama, Inc. d/b/a First Southeast Acceptance Corporation (RE: related document(s)41 Judgment, 45 Order on Motion To Reconsider/ Set Aside, 40 Opinion). Appellant Designation due by 7/30/2007. Transmission of Designation Due by 8/7/2007. (Morgan, Thadius) (Entered: 07/18/2007) |
| 07/18/2007 | 48 | Receipt of Notice of Appeal(06-01139) [appeal,ntcapl] ( 255.00) filing fee. Receipt number 2360451, amount $ 255.00. (U.S. Treasury) (Entered: 07/18/2007) |
| 07/19/2007 | 49 | Notice Service of Notice of Appeal. Civil Action Number: Filed by (RE: related document(s)47 Notice of Appeal, filed by Defendant Pioneer Credit Company of Alabama, Inc. d/b/a First Southeast Acceptance Corporation). (Attachments: # 1 Instructions for Appellant)(DS, ) (Entered: 07/19/2007) |
| 07/20/2007 | | Flags: CANTCLOSE flag(s) removed, Deadlines terminated. APPEAL filed. (DW, ) (Entered: 07/20/2007) |
| 07/30/2007 | 50 | Request for Transcript re: Appeal *of Order dated June 28, 2007* Filed by Thadius W. Morgan Jr. on behalf of |

| | | |
|---|---|---|
| | | Pioneer Credit Company of Alabama, Inc. d/b/a First Southeast Acceptance Corporation. Transcript Due by 8/29/2007. (Morgan, Thadius) (Entered: 07/30/2007) |
| 07/30/2007 | ●51 | Appellant Designation of Contents For Inclusion in Record and Issues On Appeal Filed by Thadius W. Morgan Jr. on behalf of Pioneer Credit Company of Alabama, Inc. d/b/a First Southeast Acceptance Corporation (RE: related document(s)47 Notice of Appeal, filed by Defendant Pioneer Credit Company of Alabama, Inc. d/b/a First Southeast Acceptance Corporation). Appellee designation due by 8/9/2007. (Morgan, Thadius) (Entered: 07/30/2007) |
| 08/07/2007 | | **Remark - Per call 8/7/2007 Appellant instructed to submit an Amended Designation of Contents for Inclusion in Record and Issues On Appeal with certified copies of items #4,#19 thru #25(filed in the District Court of Coffee County, Alabama) in re: doc #51. Deadlines terminated re: Record Due for Transmission to District Court due on 08/07/2007. The deadline for transmission to District Court is extended to 8/13/2007 due to medical condition of appellant.** (DS, ) (Entered: 08/07/2007) |
| 08/08/2007 | ●52 | Appellee Designation of Contents for Inclusion in Record and Issues On Appeal Filed by David-CR G. Poston on behalf of Fernisa L Parker (RE: related document(s)51 Appellant Designation and Issues on Appeal, filed by Defendant Pioneer Credit Company of Alabama, Inc. d/b/a First Southeast Acceptance Corporation). (Poston, David-CR) (Entered: 08/08/2007) |
| 08/09/2007 | ●53 | AMENDED Appellant Designation of Contents For Inclusion in Record and Issues On Appeal Filed by Thadius W. Morgan Jr. on behalf of Pioneer Credit Company of Alabama, Inc. d/b/a First Southeast Acceptance Corporation. RE: Related document # |

| | | |
|---|---|---|
| | | [51](#)Appellant Designation of Contents For Inclusion in Record and Issues On Appeal. Appellee designation due by 8/20/2007. (Morgan, Thadius) Modified on 8/9/2007 (DS, ). Modified to add rel doc # on 8/14/2007 (DS, ). (Entered: 08/09/2007) |
| 08/09/2007 | [54](#) | Process of Garnishment, Affidavit and Writ of Garnishment Filed by David-CR G. Poston on behalf of Fernisa L Parker. (Poston, David-CR) (Entered: 08/09/2007) |
| 08/10/2007 | [55](#) | Issued Writ of Garnishment (RE: related document(s)[54](#) Process of Garnishment, Affidavit and Writ of Garnishment). (Attachments: # [1](#) notice to defendant) (DS, ) (Entered: 08/10/2007) |
| 08/10/2007 | | Motion terminated. (RE: related document(s)[38](#) Application for Compensation, ). Rel doc #40 Memorandum Opinion and #41 Final Judgment terms #38. (DS, ) (Entered: 08/10/2007) |
| 08/13/2007 | [56](#) | Transcript Filed - will be held from public until Redaction Deadlines have passed. (DH, ) (Entered: 08/13/2007) |
| 08/13/2007 | [57](#) | A transcript has been filed for the hearing held on 5/9/07. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for five business days from the date of filing. All parties have five business days to file a Request for Redaction of any social security numbers, financial account data, names of minor-age children, dates of birth, and home addresses. If redaction is requested, the filing party has 21 calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. If no request is filed, the transcript will be made electronically available to the general public. You may |

|  |  |  | view a copy of the transcript by visiting the Office of the Clerk of Court at One Church Street, Montgomery, AL or you may purchase a copy by calling the Clerk of Court at 334-954-3800.. Request for Redaction must be filed by 8/20/2007. List of Items to be Redacted must be filed by 9/4/2007. (DH, ) (Entered: 08/13/2007) |
| 08/13/2007 |  |  | SUBMISSION ERROR-DOCKETED IN WRONG CASE NUMBER--Order Fixing Last Date For Voting On Fourth Modified Plan, Last Date For Objecting To Plan, And Setting Hearing On Confirmation Of MOdified Plan. Certificate of service shall be filed with the court prior to the last date for filing objections no later than August 14, 2007 (Refer to AL,M Website for copy of Ballot). Entered On 8/13/2007. Last day to Object to Confirmation 9/6/2007. Confirmation hearing to be held on 9/11/2007 at 10:00 AM at Courtroom 4D, Judge Sawyer Presiding, U.S. Bankruptcy Court, Montgomery, AL. (DH, ) Modified on 8/13/2007 (DH, ). (Entered: 08/13/2007) |
| 08/13/2007 |  | 59 | Administrative Error (Non-Image Entry) (RE: related document(s)[58] Order Conditionally Approving Disclosure, Setting Objection Ddls and Hearing Date,, ). (DH, ) (Entered: 08/13/2007) |
| 08/14/2007 |  | 60 | SECOND AMENDED Appellant Designation of Contents For Inclusion in Record and Issues On Appeal Filed by Thadius W. Morgan Jr. on behalf of Pioneer Credit Company of Alabama, Inc. d/b/a First Southeast Acceptance Corporation (RE: related document(s)53 Appellant Designation and Issues on Appeal, filed by Defendant Pioneer Credit Company of Alabama, Inc. d/b/a First Southeast Acceptance Corporation). Appellee designation due by 8/24/2007. (Morgan, Thadius) Modified text on 8/14/2007 (DS, ). Additional attachment(s) added on 8/16/2007 (DS, ). (Entered: 08/14/2007) |

| 08/15/2007 | 🔘61 | BNC Certificate of Service - See Image Attached - (RE: related document(s)57 Notice of Transcript Filed, , , , ). No. of Notices: 2. Service Date 08/15/2007. (Admin.) (Entered: 08/16/2007) |

# U.S. Bankruptcy Court
# MIDDLE DISTRICT OF ALABAMA (Dothan)
## Bankruptcy Petition #: 05-12674
### Internal Use Only

*Assigned to:* Dwight H. Williams Jr.                    *Date Filed:* 10/14/2005
Chapter 13
Voluntary
Asset

*Debtor*                                     represented by **David G. Poston**
**Fernisa L Parker**                                          Brock & Stout
106 Radio Street                                           P.O. Drawer 311167
Enterprise, AL 36330                                      Enterprise, AL 36331-1167
SSN: ▮▮▮▮▮▮▮                                             334-393-4357
*aka*                                                      Fax : 334-393-0026
**Fernisa Letonier Parker**                                Email:
*aka*                                                      david@circlecitylaw.com
**Fernisa Letonier Sanders**                               *TERMINATED: 04/06/2006*

                                                          **Michael D. Brock**
                                                          Brock & Stout
                                                          P.O. Drawer 311167
                                                          Enterprise, AL 36331
                                                          (334)393-4357
                                                          Email:
                                                          brockstout@enter.twcbc.com

*Bankruptcy Admin.*
**Bankruptcy Administrator**
U. S. Bankruptcy Administrator
One Church Street
Montgomery, AL 36104

*Trustee*
**Curtis C. Reding**
P. O. Box l73
Montgomery, AL 36l0l
334 262-837l

| Filing Date | # | Docket Text |
|---|---|---|
| 10/14/2005 | 1 | Chapter 13 Voluntary Petition.Fee Amount $194. Filed by David G. Poston on behalf of Fernisa L Parker. (Poston, David) (Entered: 10/14/2005) |
| 10/14/2005 | 2 | Receipt of Voluntary Petition (Chapter 13).(05-12674) [misc,volp13a] ( 194.00) filing fee. Receipt number 1594449, amount $ 194.00. (U.S. Treasury) (Entered: 10/14/2005) |
| 10/14/2005 | 3 | Declaration re: Electronic Filing *of Chapter 13 Petition, Schedules and Statements* Filed by David G. Poston on behalf of Fernisa L Parker (RE: related document(s)1 Voluntary Petition (Chapter 13). filed by Debtor Fernisa L Parker). (Poston, David) (Entered: 10/14/2005) |
| 10/14/2005 | 4 | Chapter 13 Plan. The Plan will be noticed by the clerk's office and the certificate of service will be filed within 5 working days. Filed by David G. Poston on behalf of Fernisa L Parker. (Poston, David) (Entered: 10/14/2005) |
| 10/15/2005 | 5 | First Meeting of Creditors, Trustee and Deadlines Assigned. Section 341(a) Meeting of Creditors to be held 12/02/2005 at 01:30 PM in Dothan Federal Courthouse, U.S. Bankruptcy Court. Confirmation hearing to be held 01/11/2006 at 11:00 AM in Dothan Federal Courthouse, U.S. Bankruptcy Court. The Trustee appointed to this case is Curtis C. Reding. Deadline to file Proofs of Claim is 03/02/2006. (Entered: 10/15/2005) |
| 10/15/2005 | | New Case Received and Reviewed for Accuracy. (DW, ) (Entered: 10/15/2005) |
| 10/21/2005 | 6 | BNC Certificate of Service - Meeting of Creditors - (RE: related document(s)5 Auto Assign Meeting of Creditors-Ch 13, ). No. of Notices: 7. Service Date 10/21/2005. (Admin.) (Entered: 10/22/2005) |

| | | |
|---|---|---|
| 10/21/2005 | 7 | BNC Certificate of Service - Chapter 13 Plan - (RE: related document(s)4 Chapter 13 Plan). No. of Notices: 7. Service Date 10/21/2005. (Admin.) (Entered: 10/22/2005) |
| 10/31/2005 | 8 | Trustee's Income Withholding Order. (Reding, Curtis-EC) (Entered: 10/31/2005) |
| 12/05/2005 | 9 | Proceeding Memo - Hearing Held (Non-Image Entry) Filed by Trustee Curtis C. Reding (RE: related document(s)5 Auto Assign Meeting of Creditors-Ch 13, ). (Reding, Curtis-MM) (Entered: 12/05/2005) |
| 12/08/2005 | 10 | Joint Consent Motion on *Lifting of Automatic Stay* Filed by David G. Poston, Thadius W. Morgan Jr. on behalf of 1st south East Acceptance Corporation. (Morgan, Thadius) (Entered: 12/08/2005) |
| 12/29/2005 | 11 | Consent Order Granting Consent Motion Terminating Stay (1st South East Acceptance Corporation) (Related Doc # 10) Entered On 12/29/2005. (DW, ) (Entered: 12/29/2005) |
| 12/31/2005 | 12 | BNC Certificate of Service - See Image Attached - (RE: related document(s)11 Order on Consent Motion). No. of Notices: 2. Service Date 12/31/2005. (Admin.) (Entered: 01/01/2006) |
| 01/20/2006 | 13 | Trustee's Summary of Confirmed Ch 13 Plan and Request for Order Confirming Plan. (Reding, Curtis-EC) (Entered: 01/20/2006) |
| 01/23/2006 | 14 | Order Confirming Chapter 13 Plan (Certificate of Service will be filed within 5 days) Entered On 1/23/2006 (RE: related document(s)13 Trustee's Summary of Confirmed Ch 13 Plan, 5 Auto Assign Meeting of Creditors-Ch 13, ). (DW, ) (Entered: 01/23/2006) |

| | | |
|---|---|---|
| 01/25/2006 | 15 | BNC Certificate of Service - Order Confirming Ch 13 Plan - (RE: related document(s)14 Order Confirming Chapter 13 Plan). No. of Notices: 6. Service Date 01/25/2006. (Admin.) (Entered: 01/26/2006) |
| 03/23/2006 | 16 | Motion for Relief from Stay. Fee Amount $150. Filed by Thadius W. Morgan Jr. on behalf of 1st south East Acceptance Corporation. Responses due by 4/17/2006. (Morgan, Thadius) (Entered: 03/23/2006) |
| 03/23/2006 | 17 | Receipt of Motion for Relief From Stay(05-12674) [motion,mrlfsty] ( 150.00) filing fee. Receipt number 1783935, amount $ 150.00. (U.S. Treasury) (Entered: 03/23/2006) |
| 03/24/2006 | 18 | Notice is hereby given that the first page of the referenced motion, notice or objection did not contain or feature prominently the CORRECT notice legend required by the Local Bankruptcy Rules for the Middle District of Alabama. Failure to cure the deficiency within 7 days shall subject the motion, notice or objection to dismissal without further notice. (RE: related document(s)16 Motion for Relief From Stay). Incomplete Filings due by 3/31/2006. (DW, ) (Entered: 03/24/2006) |
| 03/29/2006 | 19 | NOTED SUBMISSION ERROR - INCORRECT DOCKET EVENT USED - CORRECTED and REFILED IN DOC. #21. Amended Motion *For Relief From Stay to correct notice legend* Filed by Thadius W. Morgan Jr. on behalf of 1st south East Acceptance Corporation (RE: related document(s)16 Motion for Relief From Stay filed by Creditor 1st south East Acceptance Corporation). (Morgan, Thadius) Modified text on 4/3/2006 (DW, ). (Entered: 03/29/2006) |
| 04/03/2006 | 20 | Notice of Electronic Submission Error (Non-Image Entry) (RE: related document(s)19 Amended Motion, ). (Incorrect docket event used) (DW, ) (Entered: |

| | | 04/03/2006) |
|---|---|---|
| 04/03/2006 | 🔘21 | Amended Motion for Relief from Stay. Receipt Number NFR, Fee Amount $0.0. Filed by Thadius W. Morgan Jr. on behalf of 1st south East Acceptance Corporation. Responses due by 4/26/2006. (DW, ) (Entered: 04/03/2006) |
| 04/03/2006 | | Deadlines terminated., Motion terminated. (RE: related document(s)16 Motion for Relief From Stay, [18] Clerk's Notice of Language Deficiency,, 19 Amended Motion, ). (DW, ) (Entered: 04/03/2006) |
| 04/27/2006 | 🔘22 | Order Granting Motion For Relief From Stay of 1st South East Acceptance Co. (Related Doc # 21) Entered On 4/27/2006. (BL, ) (Entered: 04/27/2006) |
| 04/27/2006 | 🔘23 | Trustee's Objection to Claim(s). Responses due by 5/30/2006. (Reding, Curtis-QS) (Entered: 04/27/2006) |
| 05/01/2006 | 🔘24 | Notice of Change of Address *of Debtor* Filed by Michael D. Brock on behalf of Fernisa L Parker. (DW, ) (Entered: 05/01/2006) |
| 05/01/2006 | | Flags: ADDCHG flag(s) removed re Doc. #24 - Address Corrected. (DW, ) (Entered: 05/01/2006) |
| 05/31/2006 | 🔘25 | Order Sustaining Objection to Claim (Order Reclassifies Claim #2 of CITIFINANCIAL) Entered On 5/31/2006 (RE: related document(s)23 Objection to Claim). (JC, ) (Entered: 05/31/2006) |
| 06/02/2006 | 🔘26 | BNC Certificate of Service - See Image Attached - (RE: related document(s)25 Order on Objection to Claim). No. of Notices: 2. Service Date 06/02/2006. (Admin.) (Entered: 06/03/2006) |
| 07/06/2006 | 🔘27 | Rule 9007 Motion/Notice/Objection: Motion to Modify |

| | | |
|---|---|---|
| | | Plan Post Confirmation *(add coll val cl#2 Citifinancial).* Filed by Curtis-QS Reding on behalf of Curtis C. Reding. Responses due by 7/31/2006. (Reding, Curtis-QS) (Entered: 07/06/2006) |
| 07/13/2006 | 28 | Amended Schedules. Filed by Michael-AG D. Brock on behalf of Fernisa L Parker. (Attachments: # 1 Amended Schedule C) (Brock, Michael-AG) (Entered: 07/13/2006) |
| 07/13/2006 | 29 | Debtor's Objection to *Trustee's Motion to Modify Plan* Filed by Michael-AG D. Brock on behalf of Fernisa L Parker (RE: related document(s)27 Rule 9007-1 Motion/Notice/Objection filed by Trustee Curtis C. Reding). (Brock, Michael-AG) (Entered: 07/13/2006) |
| 07/14/2006 | 30 | Adversary case 06-01138. (424 (Obj/Revocation Discharge 727)): Complaint against Pioneer Credit Company of Alabama, Inc. d/b/a First Southeast Acceptance Corporation. -NO FEE DUE- Filed by David-CR G. Poston, Fernisa L Parker on behalf of Fernisa L Parker. (Attachments: # 1 Appendix Summons) (Poston, David-CR) (Entered: 07/14/2006) |
| 07/14/2006 | 31 | Adversary case 06-01139. (498 (Other Action)): Complaint against Pioneer Credit Company of Alabama, Inc. d/b/a First Southeast Acceptance Corporation. -NO FEE DUE- Filed by David-CR G. Poston, Fernisa L Parker on behalf of Fernisa L Parker. (Attachments: # 1 Appendix Summons) (Poston, David-CR) (Entered: 07/14/2006) |
| 07/14/2006 | 32 | Notice of Hearing Set (RE: related document(s)27 Rule 9007-1 Motion/Notice/Objection, 29 Objection, ). Hearing scheduled for 8/2/2006 at 10:00 AM at Dothan Federal Courthouse, U.S. Bankruptcy Court. (BL, ) (Entered: 07/14/2006) |
| 07/16/2006 | 33 | BNC Certificate of Service - Hearing - (RE: related |

| | | |
|---|---|---|
| | | document(s)32 Hearing (Bk)). No. of Notices: 8. Service Date 07/16/2006. (Admin.) (Entered: 07/17/2006) |
| 07/17/2006 | | Adversary Case Closed (Non-Image Entry). ERROR ON FILING. (DS, ) (Entered: 07/17/2006) |
| 08/04/2006 | 34 | Order Withdrawing Rule 9007-1 Motion to Modify Confirmed Plan. (Related Doc # 27) Entered On 8/4/2006. (DW, ) (Entered: 08/04/2006) |
| 08/06/2006 | 35 | BNC Certificate of Service - See Image Attached - (RE: related document(s)34 Order On Rule 9007-1 Motion). No. of Notices: 1. Service Date 08/06/2006. (Admin.) (Entered: 08/07/2006) |
| 08/11/2006 | 36 | Trustee's Motion to Modify Plan Post Confirmation (B). Responses due by 09/5/2006. (Reding, Curtis-EC) (Entered: 08/11/2006) |
| 09/06/2006 | 37 | Order Granting Trustee's Motion to Modify Plan Post Confirmation (Related Doc # 36) Entered On 9/6/2006. (JC, ) (Entered: 09/06/2006) |
| 09/08/2006 | 38 | Amended Trustee's Income Withholding Order . (Reding, Curtis-EC) (Entered: 09/08/2006) |
| 09/08/2006 | 39 | BNC Certificate of Service - See Image Attached - (RE: related document(s)37 Order on Motion to Modify Plan). No. of Notices: 1. Service Date 09/08/2006. (Admin.) (Entered: 09/09/2006) |
| 09/13/2006 | 40 | WITHDRAWN - SEE DOC. #46 - Trustee's Motion to Conditionally Dismiss Case (ExParte) . Responses due by 10/6/2006. (Reding, Curtis-EC) Modified text on 10/12/2006 (DW, ). (Entered: 09/13/2006) |
| 09/18/2006 | 41 | Objection to *Trustee's Motion to Dismiss* Filed by |

| | | Michael-AG D. Brock on behalf of Fernisa L Parker (RE: related document(s)40 Trustee's Motion to Conditionally Dismiss Case (ExParte)). (Brock, Michael-AG) (Entered: 09/18/2006) |
|---|---|---|
| 09/19/2006 | 42 | Notice of Hearing Set (RE: related document(s)40 Trustee's Motion to Conditionally Dismiss Case (ExParte), 41 Objection). Hearing scheduled for 10/4/2006 at 10:15 AM at Dothan Federal Courthouse, U.S. Bankruptcy Court. (JV, ) (Entered: 09/19/2006) |
| 09/21/2006 | 43 | BNC Certificate of Service - Hearing - (RE: related document(s)42 Hearing (Bk)). No. of Notices: 2. Service Date 09/21/2006. (Admin.) (Entered: 09/22/2006) |
| 09/27/2006 | 44 | Trustee's Order Releasing Wages. (Reding, Curtis-EC) (Entered: 09/27/2006) |
| 09/27/2006 | 45 | Trustee's Income Withholding Order . (Reding, Curtis-EC) (Entered: 09/27/2006) |
| 10/12/2006 | 46 | Order Withdrawing Trustee's Motion To Conditionally Dismiss Case (ExParte) Entered On 10/12/2006 (RE: related document(s)40 Trustee's Motion to Conditionally Dismiss Case (ExParte)). (DW, ) (Entered: 10/12/2006) |
| 10/14/2006 | 47 | BNC Certificate of Service - See Image Attached - (RE: related document(s)46 Order On Trustee's Motion to Conditionally Dismiss Case (ExParte)). No. of Notices: 1. Service Date 10/14/2006. (Admin.) (Entered: 10/14/2006) |
| 01/29/2007 | 48 | NOTED SUBMISSION ERROR - REFILED CORRECTLY IN DOC. #50 - Stipulation Between Trustee Curtis C. Reding and CitiFinancial, Inc.. Filed by Curtis-QS Reding on behalf of Curtis C. Reding. (Reding, Curtis-QS) Modified text on 1/30/2007 (DW, |

| | | |
|---|---|---|
| | | ). (Entered: 01/29/2007) |
| 01/29/2007 | 49 | Notice of Submission Error *: Incorrect judge's initials typed next to case no. Will re-file stipulation reflecting correct judge's initials.* (Non-Image Entry) Filed by Curtis-QS Reding on behalf of Curtis C. Reding (RE: related document(s)48 Stipulation filed by Trustee Curtis C. Reding). (Reding, Curtis-QS) (Entered: 01/29/2007) |
| 01/29/2007 | 50 | Stipulation Between Trustee Curtis C. Reding and CitiFinancial, Inc. Filed by Curtis-QS Reding on behalf of Curtis C. Reding. (Reding, Curtis-QS) (Entered: 01/29/2007) |
| 01/30/2007 | 51 | Consent Order Avoiding Lien of Citifinancial, Inc. Entered On 1/30/2007. (DW, ) (Entered: 01/30/2007) |
| 02/01/2007 | 52 | BNC Certificate of Service - See Image Attached - (RE: related document(s)51 Agreed/Consent). No. of Notices: 2. Service Date 02/01/2007. (Admin.) (Entered: 02/02/2007) |
| 06/26/2007 | 53 | Joint Transfer of Claim. Transfer Agreement 3001 (e) 2 Transferor: CITIFINANCIAL (Claim No. 2) To LVNV Funding, LLC Filed by LVNV Funding, LLC. (Gaines, Susan) (Entered: 06/26/2007) |
| 06/26/2007 | | Flags: TRCQ Reset on Transfer of Claim re Doc. #53. (DW, ) (Entered: 06/26/2007) |
| 06/28/2007 | 54 | BNC Certificate of Mailing - Transfer of Claim . No. of Notices: 1. Service Date 06/28/2007. (Admin.) (Entered: 06/29/2007) |