IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:                                          )
                                                )
FERNISA PARKER,                                 )       BANKRUPTCY CASE NUMBER:
                                                )       05-12674
        DEBTOR.                                 )       CHAPTER 13 CASE
*********************************************************************************
FERNISA PARKER,                                 )
                                                )
        PLAINTIFF,                              )
                                                )
vs.                                             )       AP # 06-1139
                                                )
PIONEER CREDIT COMPANY OF ALABAMA, INC.,        )
D/B/A FIRST SOUTHEAST ACCEPTANCE                )
CORPORATION.                                    )
                                                )
        DEFENDANT.                              )

## NOTICE OF APPELLEE'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Comes now the Appellee, by and through the undersigned attorney, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure and presents her designation of items to be included in the record on appeal. The designation of items are as follows:

- Plaintiff's Motion For An Award Of Costs And Attorney Fees.
  Filed on June 4, 2007.
  Identified on the records of the Clerk of Court in the underlying Adversary Proceeding as Docket Entry No. 38.
  Attached hereto as Exhibit "1".

Dated this _____ day of August, 2007.

BROCK & STOUT

_____
David G. Poston, Esq.
Walter A. Blakeney, Esq.
Michael D. Brock, Esq.
Gary W. Stout, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-671-5555
334-671-2689 Facsimile
Email: christal@circlecitylaw.com

**CERTIFICATE OF SERVICE**

I, the undersigned hereby certify that I have this date served a copy of the foregoing upon Thadius W. Morgan, Jr., Attorney for Appellant / Defendant, by electronic mail at twmjr_law@yahoo.com this ___ day of August, 2007.

David G. Poston

EXHIBIT "1"

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | BANKRUPTCY CASE NUMBER |
| FERNISA PARKER, | ) | 05-12674 |
| | ) | (CHAPTER 13 CASE) |
| DEBTOR | ) | |

*************************************************************************

| | | |
|---|---|---|
| FERNISA PARKER, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | AP# 06-1139 |
| | ) | |
| PIONEER CREDIT COMPANY OF ALABAMA, INC., | ) | |
| D/B/A FIRST SOUTHEAST ACCEPTANCE | ) | |
| CORPORATION, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## PLAINTIFF'S MOTION FOR AN AWARD OF COSTS AND ATTORNEY FEES

COMES NOW, the Plaintiff, Fernisa Parker, and moves this Honorable Court to order the Defendant, Pioneer Credit Company of Alabama, Inc., d/b/a First Southeast Acceptance Corporation (hereinafter, "First Southeast"), to pay to Plaintiff her costs and attorney fees for Defendant's violation of the bankruptcy automatic stay. As grounds for this motion, the Plaintiff states as follows:

1.   On July 14, 2006, the Debtor, Fernisa Parker, filed an adversary proceeding against the Defendant alleging violation of the automatic stay.

2.   The Defendant, First Southeast, was served a copy of the Complaint on July 19, 2006.

3.   On August 15, 2006, the Defendant, First Southeast, filed a Motion To Dismiss, Answer and Counterclaim.

4.   On September 13, 2006, this Honorable Court denied the Defendant's Motion To Dismiss.

5.   On October 30, 2006, this Honorable Court held a Scheduling Conference in regard to the instant Adversary Proceeding.

6.   The trial in the instant Adversary Proceeding was held on May 9, 2007, in Dothan, Alabama.

7. David G. Poston and Michael D. Brock, Counsel for the Plaintiff, have expended a total of **41.69** hours on behalf of the Plaintiff and in prosecution of the automatic stay claim against the Defendant.

8. Brock & Stout, LLC. (hereinafter, "The Firm") asserts a rate of $215.00 per hour for services provided from January 1, 2006 to July 31, 2006, and a rate of $250.00 per hour for services provided from August 1, 2006 to present. The Firm's contemporaneous time records are attached hereto as Exhibit "A."

9. The total lodestar calculation for The Firm's services in this matter is **$10,385.90** (6.76 hours x $215/hr = **$1,453.40** + 35.73 hours x $250/hr = **$8,932.50** = **$10,385.90** ).

10. The Firm's Paralegal expended **19.25** hours in prosecution of this matter. The Firm's Paralegal asserts a rate of $70.00 per hour for services provided from January 1, 2006 to July 31, 2006, and a rate of $75.00 per hour for services provided from August 1, 2006 to present. The total cost of the Paralegal's time thus-far is **$1,425.00**.

11. The Firm's Associate Attorney expended **4.70** hours on behalf of the Plaintiff and in prosecution of this matter. The Firm's Associate Attorney asserts a rate of $125.00 per hour, which brings the total cost of the Associate Attorney's time thus-far to **$587.50**

12. The Firm incurred costs and expenses of **$393.05** in prosecution of this adversary proceeding.

13. The Firm intends to submit a Supplemental Declaration after completing the hearing on the Motion For Attorney Fees. The Supplemental Declaration will detail the additional time and costs expended in replying to Defendant's responses and attending any scheduled hearing on the Plaintiff's request for attorney fees.

WHEREFORE, Plaintiff requests this Honorable Court award reasonable attorney fees for the services of the law firm of Brock & Stout, LLC. in the amount of **$10,973.40**, award Paralegal fees in the amount of **$1,425.00**, and costs of **$393.05**, for a total of **$12,791.45**. Plaintiff further requests this Honorable Court award costs and attorney fees for the time expended litigating this motion.

Respectfully submitted,

BROCK & STOUT

David G. Poston, Esq.
Walter A. Blakeney, Esq.
Michael D. Brock, Esq.
Gary W. Stout, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-671-5555
334-671-2689 Facsimile
Email: christal@circlecitylaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date served a copy of the foregoing upon Pioneer Credit Company of Alabama, Inc., d/b/a First Southeast Acceptance Corporation, % Thadius W. Morgan, Jr., via electronic mail at twmir_law@yahoo.com, this the _____ day of June, 2007:

David G. Poston

**EXHIBIT A**

BROCK & STOUT LLC
P. O. DRAWER 311167
ENTERPRISE, AL  36331-1167

May 31, 2007

In Reference To:   VS. FIRST SOUTHEAST ACCEPTANCE CORP.

Invoice #10299

Professional Services

| | | Hrs/Rate | | Amount |
|---|---|---|---|---|
| 7/11/2006 | Telephone call from Client. First Southeast Acceptance Corporation obtained a judgment against her and has served her with a Process Of Garnishment. The garnishment was served on her old employer. I do not believe that First Southeast has stay relief as to obtaining a judgment. I will research file. | 0.50 215.00/hr | DGP | 107.50 |
| | Researched bankruptcy file regarding First Southeast's request for relief from automatic stay. Judge Sawyer only granted in rem relief for both motions. | 0.50 215.00/hr | DGP | 107.50 |
| 7/13/2006 | Researched corporate entity for Defendant, First Southeast Acceptance.  Defendant is showing up as a Tennessee Corporation, under the name Pioneer Credit Company of Alabama, Inc. | 0.50 215.00/hr | DGP | 107.50 |
| | Dictated Complaint. | 2.00 215.00/hr | DGP | 430.00 |
| | Dictated Application For Preliminary Injunction | 0.50 215.00/hr | DGP | 107.50 |
| | Reviewed Complaint. | 0.30 215.00/hr | DGP | 64.50 |
| 7/14/2006 | Transcribed Complaint and Application For Preliminary Injunction. | 1.20 70.00/hr | CAR | 84.00 |
| | Executed Complaint. | 0.10 215.00/hr | MDB | 21.50 |

| | | Hrs/Rate | | Amount |
|---|---|---|---|---|
| 7/14/2006 | Executed Application For Preliminary Injunction. | 0.10<br>215.00/hr | DGP | 21.50 |
| | Set up file by preparing litigation notebook. | 0.75<br>70.00/hr | CAR | 52.50 |
| | Input client information into TimeSlips, TimeMatters, and client directory. | 0.50<br>70.00/hr | CAR | 35.00 |
| | Final preparation of file prior to filing lawsuit. | 0.50<br>70.00/hr | CAR | 35.00 |
| | Finalized and filed Complaint and Application For Preliminary Injunction. | 0.30<br>70.00/hr | CAR | 21.00 |
| | E-mailed copy of Application For Preliminary Injunction to Thadius W. Morgan, Jr., attorney for First Southeast Acceptance Corporation. Sent carbon copy of email to DP. | 0.10<br>70.00/hr | CAR | 7.00 |
| | Reviewed email from Court. | 0.10<br>215.00/hr | DGP | 21.50 |
| | Reviewed E-mail from court showing complaint filed as wrong type of adversary. | 0.10<br>215.00/hr | DGP | 21.50 |
| | Reviewed E-mail from court showing docketing of application for preliminary injunction. | 0.10<br>215.00/hr | DGP | 21.50 |
| | Meeting with Mike. Advised of the garnishment served on Mrs. Parker. Also provided him copy of Complaint and preliminary injunction. He requested that he be lead counsel on this case. | 0.20<br>215.00/hr | DGP | 43.00 |
| | Meeting with Poston regarding garnishment served on Debtor. Poston provided me a draft of the Complaint and preliminary injunction. I advised Poston that I wish to be lead counsel in this case. | 0.20<br>215.00/hr | MDB | 43.00 |
| 7/17/2006 | Telephone call from Julia with Judge Sawyer's chambers. Preliminary injunction is scheduled for tomorrow at either 9:00 a.m. or at 1:30 p.m. She will call back with time. | 0.10<br>215.00/hr | DGP | 21.50 |
| | Telephone call from Julia with Judge Sawyer's chambers. Preliminary injunction is scheduled for tomorrow at 1:30 p.m. Bill Morgan is out of town. Judge wants to hold hearing anyway. | 0.10<br>215.00/hr | DGP | 21.50 |
| | Email from court. Prelim is scheduled for tomorrow at 1:30 p.m. | 0.10<br>215.00/hr | DGP | 21.50 |
| | Telephone call to Mike to determine which of us will handle hearing. | 0.10<br>215.00/hr | DGP | 21.50 |

| | | Hrs/Rate | | Amount |
|---|---|---|---|---|
| 7/17/2006 | Telephone call from David. Hearing on Preliminary Injunction scheduled for tomorrow. David will handle hearing. | 0.10 215.00/hr | MDB | 21.50 |
| | Conference with Christal. Hearing on preliminary injunction continued until 7/19 at 10:00 a.m. | 0.10 215.00/hr | DGP | 21.50 |
| | E-mail electronic notice: Received & reviewed summons in adversary proceeding. | 0.10 215.00/hr | DGP | 21.50 |
| 7/19/2006 | Prepared Certificate of Service. | 0.20 70.00/hr | CAR | 14.00 |
| | Executed Certificate of Service. | 0.10 215.00/hr | DGP | 21.50 |
| | Finalized and filed Certificate of Service. | 0.20 70.00/hr | CAR | 14.00 |
| | Telephone conference on preliminary injunction. Judge Sawyer issued preliminary injunction effective 10:22a.m. on July 19, 2006. | 0.16 215.00/hr | DGP | 34.40 |
| | Telephone call to Judge Paul Sherling. Advised of injunction and fact that there is no relief from co-debtor stay. | 0.20 215.00/hr | DGP | 43.00 |
| | Telephone call to Mike Brock. Updated him on progress of preliminary injunction and Judge Sawyer's comments. | 0.10 215.00/hr | DGP | 21.50 |
| | Telephone call from David Poston. Updated me regarding results of hearing on preliminary injunction. Also discussed Judge Sawyer's comments which were noted on the record. | 0.10 215.00/hr | MDB | 21.50 |
| 7/20/2006 | E-mail notification: Received & reviewed summons in adversary proceeding. | 0.10 215.00/hr | DGP | 21.50 |
| | E-mail notification: Received & reviewed notifce of telephone hearing on July 18, 2006, at 1:30 p.m., regarding plaintiff's application for preliminary injunction. | 0.10 215.00/hr | DGP | 21.50 |
| 8/15/2006 | Reviewed Answer filed by Morgan on behalf of First SE. Defendant also seeks dismissal of the Plaintiff's lawsuit. | 0.30 250.00/hr | DGP | 75.00 |
| | Reviewed Answer filed by Morgan on behalf of First SE. | 0.50 250.00/hr | MDB | 125.00 |
| | Telephone call from Mike Brock. Discussed defendant's motion to dismiss. I will file brief. | 0.20 250.00/hr | DGP | 50.00 |
| | Telephone call to Poston. He will file the brief in response to defendant's Motion to Dismiss. | 0.20 250.00/hr | MDB | 50.00 |

Page    4

| | | Hrs/Rate | | Amount |
|---|---|---|---|---|
| 8/16/2006 | Reviewed Order setting hearing on Defendant's Motion to Dismiss. | 0.10<br>250.00/hr | DGP | 25.00 |
| 9/5/2006 | Preparation of pleadings. Began preparing Plaintiff's Response to Motion to Dismiss. As I began assembling documents, the matter is probably a motion for summary judgment. I will ask Judge Williams to treat it as such. | 1.28<br>250.00/hr | DGP | 320.00 |
| 9/6/2006 | Court Appearance for Hearing -- Attended court hearing on Defendant's motion to dismiss. Judge Williams denied the motion to dismiss. Judge Williams ruled from the bench that the prior order granting relief from the automatic stay was in rem relief only. He made these findings from the bench. | 0.75<br>250.00/hr | DGP | 187.50 |
| 9/13/2006 | E-mail -- Received & reviewed order denying defendant's motion to dismiss. | 0.10<br>250.00/hr | DGP | 25.00 |
| 10/5/2006 | Reviewed E-mail notification from Court setting scheduling conference for October 19, 2006, by telephone. | 0.10<br>250.00/hr | DGP | 25.00 |
| | Conference with Mike Brock advising that Scheduling Conference has been set for October 19, 2006. Also discussed other aspects of case. | 0.20<br>250.00/hr | DGP | 50.00 |
| | Conference with Poston advising that Scheduling Conference has been set for October 19, 2006. Also discussed other aspects of case. | 0.20<br>250.00/hr | MDB | 50.00 |
| 10/18/2006 | E-mail notification from Court. Defendant filed motion to continue. | 0.20<br>250.00/hr | DGP | 50.00 |
| 10/19/2006 | Telephone hearing. The Judge ordered the scheduling conference continued to October 30, 2006, at 10:15 a.m., by telephone. Mrs. Vance will call at that time. | 0.20<br>250.00/hr | DGP | 50.00 |
| 10/24/2006 | E-mail from Court-Order continuing scheduling conference. | 0.10<br>75.00/hr | CAR | 7.50 |
| | Reviewed E-mail notification from court that scheduling conference was continued to October 30, 2006, at 10:15, by telephone. | 0.10<br>250.00/hr | DGP | 25.00 |
| 10/25/2006 | Calendared date for Telephonic Scheduling Conference that was continued from 10/19/06 to 10/30/06. | 0.10<br>75.00/hr | CAR | 7.50 |
| 10/30/2006 | Telephonic hearing with Court. Scheduling conference. 120 day discovery cutoff. Trial set for May 9, 2007, at 1:30 p.m. | 0.20<br>250.00/hr | DGP | 50.00 |
| | Dictated answer to counter claim. Dictated Motion To Dismiss counter claim. | 0.50<br>250.00/hr | DGP | 125.00 |
| 10/31/2006 | E-mail to Christal. Advised her to begin getting deposition dates for defendant's 30(b)(6) and for Mr. Parker of 1st S.E. Acceptance. | 0.20<br>250.00/hr | DGP | 50.00 |

Page     5

|  |  | Hrs/Rate |  | Amount |
|---|---|---|---|---|
| 10/31/2006 | Telephone call to Bill Morgan's office. Spoke with Toni, his Legal Secretary. I inquired as to whether or not Mr. Morgan would be available for depositions on November 17th. She stated that this date would be good for them because Mr. Morgan so far does not have anything scheduled. I told her we wanted to depose various representatives of Pioneer as well as Mr. Parker at First Southeast. She stated that she would not know who we would need to depose at Pioneer because it is d/b/a First Southeast. She told me she would be willing to contact First Southeast to find out who would have direct knowledge of the situation at hand, and would let me know their names so that we could depose them as well. I told her I would check with David. She also stated that they would be willing to allow us to use their conference room if we did not have one available at our office. | 0.10 | CAR | 7.50 |
|  |  | 75.00/hr |  |  |
|  | E-mail to David outlining conversation with Toni at Bill Morgan's office. | 0.10 | CAR | 7.50 |
|  |  | 75.00/hr |  |  |
|  | E-mail from Christal. November 17, 2006, is a possibility for depositions. I will check with Mike. | 0.10 | DGP | 25.00 |
|  |  | 250.00/hr |  |  |
|  | E-mail to Mike. Asked him to check his schedule for November 17, 2006. | 0.10 | DGP | 25.00 |
|  |  | 250.00/hr |  |  |
|  | E-mail from Poston regarding depositions on November 17, 2006. | 0.10 | MDB | 25.00 |
|  |  | 250.00/hr |  |  |
|  | E-mail to Poston. I'm OK with November 17, 2006. | 0.10 | MDB | 25.00 |
|  |  | 250.00/hr |  |  |
|  | E-mail from Mike. November 17, 2006, meets fits his schedule. Wants to depose in Enterprise office. | 0.10 | DGP | 25.00 |
|  |  | 250.00/hr |  |  |
|  | E-mail to Christal. November 17, 2006, is good. See if we can schedule for Enterprise office. | 0.10 | DGP | 25.00 |
|  |  | 250.00/hr |  |  |
|  | Reviewed E-mail notification from court of receipt of plaintiff's answer to counter-claim. | 0.10 | DGP | 25.00 |
|  |  | 250.00/hr |  |  |
|  | Reviewed E-mail notification from court of receipt of notice of plaintiff's motion to dismiss counter-claim. | 0.10 | DGP | 25.00 |
|  |  | 250.00/hr |  |  |
| 11/1/2006 | Reviewed E-mail from Court--Defendant's Motion To Continue Hearing on Plaintiff's Motion To Dismiss Counterclaim. | 0.10 | CAR | 7.50 |
|  |  | 75.00/hr |  |  |
|  | Reviewed E-mail notification from court setting telephone hearing on Plaintiff's Motion to Dismiss counter-claim. Telephone hearing scheduled for November 16, 2006. | 0.10 | DGP | 25.00 |
|  |  | 250.00/hr |  |  |
|  | Reviewed E-mail notification from court of notice of deposition filed by Plaintiff. | 0.10 | DGP | 25.00 |
|  |  | 250.00/hr |  |  |

Page    6

| | | Hrs/Rate | | Amount |
|---|---|---|---|---|
| 11/1/2006 | E-mail notification from court. Received & reviewed scheduling order. | 0.20<br>250.00/hr | DGP | 50.00 |
| | Memo to Debbie to calendar discovery cut-off. | 0.10<br>250.00/hr | DGP | 25.00 |
| | Reviewed defendant's motion to continue hearing on plaintiff's motion to dismiss counter-claim. | 0.10<br>250.00/hr | DGP | 25.00 |
| 11/2/2006 | Calendared events per scheduling order dated November 1, 2006. | 0.20<br>75.00/hr | CAR | 15.00 |
| | Calendared Notice of Hearing on Plaintiff's Motion To Dismiss Counterclaim. Hearing is set for November 16, 2006 via telephone docket. | 0.10<br>75.00/hr | CAR | 7.50 |
| | Reviewed E-mail notification of order granting defendant's motion to continue. Hearing re-scheduled for November 29, 2006, at 10:00 a.m. in Dothan. | 0.10<br>250.00/hr | DGP | 25.00 |
| 11/16/2006 | Preparation for Deposition. | 0.30<br>250.00/hr | MDB | 75.00 |
| 11/17/2006 | Continued preparation for Deposition. | 0.70<br>250.00/hr | MDB | 175.00 |
| | Deposition of Jerry Parker with First Southeast Acceptance Corporation. | 1.40<br>250.00/hr | MDB | 350.00 |
| | Deposition of Jerry Parker with First Southeast Acceptance Corporation. | 1.40<br>250.00/hr | DGP | 350.00 |
| | Meeting with David and Gary following deposition of Jerry Parker. | 0.40<br>250.00/hr | MDB | 100.00 |
| | Meeting with Mike and Gary after Jerry Parker's deposition. | 0.40<br>250.00/hr | DGP | 100.00 |
| 11/20/2006 | Dictated discovery consisting of Request For Production, Request For Admission, and Interrogatories. | 0.50<br>250.00/hr | DGP | 125.00 |
| | Dictated memo regarding client and witness interviews. Also dictated settlement letter to Bill Morgan. | 0.50<br>250.00/hr | DGP | 125.00 |
| 11/21/2006 | Transcribed discovery--Request For Production and Request For Admission Of Fact. | 0.50<br>75.00/hr | CAR | 37.50 |
| | Transcribed memo. | 0.30<br>75.00/hr | CAR | 22.50 |

|  |  | Hrs/Rate |  | Amount |
|---|---|---|---|---|
| 11/21/2006 | Transcribed letter to Bill Morgan regarding settlement offer. | 0.20 75.00/hr | CAR | 15.00 |
|  | Telephone call to client. Left message. | 0.10 75.00/hr | CAR | 7.50 |
|  | Telephone call from client. Received information David requested per memo. I also set her up an appointment to talk with Mike in Enterprise on 11/30/06 at 1:00 p.m. | 0.26 75.00/hr | CAR | 19.50 |
|  | Telephone call to Johnnie Sanders (Mrs. Parker's mom). No answer. | 0.10 75.00/hr | CAR | 7.50 |
|  | Letter to Johnnie Sanders. Requested that she contact office and set up an appointment with Mike. | 0.10 75.00/hr | CAR | 7.50 |
| 11/22/2006 | Made copies of discovery and cover letter for mailing to Bill Morgan. | 0.10 75.00/hr | CAR | 7.50 |
|  | Telephone call from April. She stated that Court Reporter, Karen Strickland, needed an Exhibit from the file. She gave me her contact information. | 0.10 75.00/hr | CAR | 7.50 |
|  | Telephone call to Karen Strickland. She indicated that she needed me to provide her with Exhibit number 5.  I told her I would find it and call her back. | 0.10 75.00/hr | CAR | 7.50 |
|  | File Review--Reviewed bankruptcy file and consumer law file to determine exhibit requested by Karen. | 0.20 75.00/hr | CAR | 15.00 |
|  | Telephone call to Karen Strickland. Told her about document I found. She stated that this is the Exhibit that she is missing and asked me to fax it to her. | 0.10 75.00/hr | CAR | 7.50 |
|  | Faxed Exhibit 3 to Karen Strickland for deposition transcript. | 0.10 75.00/hr | CAR | 7.50 |
|  | Reviewed correspondence to Bill Morgan and reviewed interrogatories, request for admission, and request for production. Executed same. | 0.50 250.00/hr | DGP | 125.00 |
| 11/29/2006 | Court hearing - attended hearing on plaintiff's motion to dismiss counterclaim. Motion to dismiss granted. | 0.40 250.00/hr | DGP | 100.00 |
| 12/4/2006 | Prepared additional interrogatories. | 0.30 250.00/hr | DGP | 75.00 |
| 12/5/2006 | Transcribed Plaintiff's Second set of Interrogatories to Defendant. | 0.50 75.00/hr | CAR | 37.50 |

Page     8

| | | Hrs/Rate | | Amount |
|---|---|---|---|---|
| 12/5/2006 | Executed Plaintiff's second set of interrogatories to Defendant. Made revisions thereafter. | 0.20<br>250.00/hr | DGP | 50.00 |
| | E-mail notification- received and reviewed order granting Motion to Dismiss counter claim. | 0.10<br>250.00/hr | DGP | 25.00 |
| 12/15/2006 | Transcribed revisions to Second Set of Interrogatories to Defendant. | 0.20<br>75.00/hr | CAR | 15.00 |
| 12/18/2006 | Telephone call to Court Reporter. Left message requesting revised transcript pages. | 0.10<br>75.00/hr | CAR | 7.50 |
| 12/19/2006 | Finalized Second Set of Interrogatories To Defendant. Also transcribed cover letter to Bill Morgan. | 0.20<br>75.00/hr | CAR | 15.00 |
| | Telephone call from Karen Strickland, Court Reporter. Forgot to send revised pages. Will prepare and send today. | 0.10<br>75.00/hr | CAR | 7.50 |
| 1/8/2007 | Calendared reminder in Outlook to notify me of discovery responses that were due on 12/21/06, and for discovery responses that will be due on 1/18/07. Set this up to remind me each day until responses are received. | 0.20<br>75.00/hr | CAR | 15.00 |
| | E-mail to David notifying him of discovery response due dates. | 0.10<br>75.00/hr | CAR | 7.50 |
| | Reviewed litigation file to determine discovery response dates. | 0.20<br>250.00/hr | DGP | 50.00 |
| 1/9/2007 | Dictated letter to Bill Morgan regarding discovery. | 0.10<br>250.00/hr | DGP | 25.00 |
| 1/10/2007 | Transcribed letter to Bill Morgan regarding status of discovery responses. | 0.10<br>75.00/hr | CAR | 7.50 |
| 1/16/2007 | Case was on calendar for today to determine if defendant responded to discover. Reviewed file to determine if defendant replied. Has not. | 0.20<br>250.00/hr | DGP | 50.00 |
| | Dictated second letter to Bill Morgan asking for discovery. | 0.10<br>250.00/hr | DGP | 25.00 |
| | E-mail from David. Asked that I send a second follow up letter to Bill Morgan's regarding Defendant's discovery responses. | 0.10<br>75.00/hr | CAR | 7.50 |
| | File Review--Responses to second set of discovery is will be due on Thursday, January 18, 2007. | 0.10<br>75.00/hr | CAR | 7.50 |
| 1/24/2007 | Dictated motion to compel production of documents and answers to interrogatories. | 0.50<br>250.00/hr | DGP | 125.00 |

Page     9

| | | Hrs/Rate | | Amount |
|---|---|---|---|---|
| 1/24/2007 | Dictated motion to deem facts admitted. | 0.20<br>250.00/hr | DGP | 50.00 |
| 1/29/2007 | Transcribed Motion To Compel and Motion To Deem Facts Admitted. | 1.00<br>75.00/hr | CAR | 75.00 |
| | Meeting with Christal regarding motion to compel. Second set of interrogatory answers due. Advised Christal to modify motion to compel to include both sets. | 0.10<br>250.00/hr | DGP | 25.00 |
| 1/31/2007 | Email Notification; Received and reviewed--Motion For Request For Admission Deemed Admitted. | 0.10<br>250.00/hr | DGP | 25.00 |
| | Email Notification; Received and reviewed--Motion For Request For Admission Deemed Admitted. | 0.10<br>75.00/hr | CAR | 7.50 |
| | Email Notification; Received and reviewed--Motion To Compel | 0.10<br>75.00/hr | CAR | 7.50 |
| | Email Notification; Received and reviewed--Motion To Compel | 0.10<br>250.00/hr | DGP | 25.00 |
| 2/1/2007 | Finalized and filed Motion To Compel and Motion To Deem Facts Admitted. | 0.20<br>75.00/hr | CAR | 15.00 |
| 2/2/2007 | Email Notification; Received and reviewed--Notice of Hearing On Motion To Compel. | 0.10<br>250.00/hr | DGP | 25.00 |
| | Email Notification; Received and reviewed--Notice of Hearing On Motion To Compel. | 0.10<br>75.00/hr | CAR | 7.50 |
| | Calendared hearing date per Notice of Hearing dated 2/2/07 regarding Plaintiff's Motion To Compel. Hearing is scheduled for 2/15/07 by telephone at 9:00 a.m. | 0.10<br>75.00/hr | CAR | 7.50 |
| 2/7/2007 | Received and reviewed discovery responses that I received from Defendant this date. | 0.50<br>250.00/hr | DGP | 125.00 |
| | Conference with Christal. Instructed her to prepare Notice Of Withdrawal of Motion To Compel. | 0.10<br>250.00/hr | DGP | 25.00 |
| | Conference with David. Asked me to prepare Notice Of Withdrawal of Motion To Compel. | 0.10<br>75.00/hr | CAR | 7.50 |
| 2/13/2007 | Telephone call from Bill Morgan. Wanted to know if we were going through with Motion to Compel. I'll call Poston. | 0.10<br>250.00/hr | MDB | 25.00 |
| | Telephone call to Poston asked him to call Morgan regarding Motion to Compel. | 0.10<br>250.00/hr | MDB | 25.00 |

Page    10

|  |  | Hrs/Rate |  | Amount |
|---|---|---|---|---|
| 2/13/2007 | Telephone call from Mike wants me to call Bill Morgan about the Motion to Compel. | 0.10 250.00/hr | DGP | 25.00 |
|  | Dictated withdrawal of Motion to Compel. | 0.20 250.00/hr | DGP | 50.00 |
| 2/14/2007 | Reviewed and executed Notice Of Withdrawal Of Document. | 0.10 250.00/hr | DGP | 25.00 |
|  | Finalized and filed Notice Of Withdrawal Of Motion To Compel. | 0.10 75.00/hr | CAR | 7.50 |
|  | Telephone call from Anna Williams. She was calling about Court hearings tomorrow. I informed her that I filed a Notice Of Withdrawal Of Motion To Compel in this case, and that it would need to be removed from tomorrow's docket. She indicated that she would make a note and inform the Judge. | 0.10 75.00/hr | CAR | 7.50 |
| 2/15/2007 | Hearing on Motion to Compel.  Advised Judge Williams that Motion was withdrawn. | 0.20 250.00/hr | DGP | 50.00 |
| 2/23/2007 | File Review--Reviewed file to determine if all of the Plaintiff's Discovery requests were responded to by the Defendant. It appears that possibly all but one of the responses were answered. Specifically, question number 1 in the Plaintiff's Request For Production indicates that the items we requested (the Plaintiff's entire credit file) was provided; however, I do not see where we have a credit report. | 0.20 75.00/hr | CAR | 15.00 |
|  | E-mail to David notifying him that Defendant did not provide us a copy of the Plaintiff's credit report. I was unsure as to whether or not his Request For Production was referring to this. | 0.10 75.00/hr | CAR | 7.50 |
|  | E-mail from Christal.  Reviewed responses and all responses are in order. | 0.20 250.00/hr | DGP | 50.00 |
|  | Reply email from David indicating that the information the Defendant provided to us would be sufficient, and that if we do not have a credit report then ok. | 0.10 75.00/hr | CAR | 7.50 |
|  | Reply email to David confirming receipt of his email. | 0.10 75.00/hr | CAR | 7.50 |
| 4/17/2007 | File Review--Trial is set for May 9, 2007. Calendared deadlines to remind me to prepare specific items for trial. | 0.20 75.00/hr | CAR | 15.00 |
|  | E-mail to David reminding him of upcoming trial date next month. I also asked him when to set Ms. Parker up an appointment to prepare her for trial. | 0.10 75.00/hr | CAR | 7.50 |

|  |  | Hrs/Rate |  | Amount |
|---|---|---|---|---|
| 4/17/2007 | E-mail from Christal. Advised of trial date. Asked when she would need to get in touch with Ms. Parker and schedule an appointment. | 0.10<br>250.00/hr | DGP | 25.00 |
| 5/1/2007 | Telephone call to Mike Brock. Trial is scheduled for next week. Inquired about his schedule for next week. We have to determine when to meet with client. He will check his calendar and we will discuss tomorrow morning. | 0.20<br>250.00/hr | DGP | 50.00 |
|  | Telephone call from David Poston. Reminded me that we have a trial in this case next week. We need to arrange a time to meet with the client. | 0.20<br>250.00/hr | MDB | 50.00 |
| 5/2/2007 | Meeting with Mike regarding upcoming trial. Discovered that we did not meet a pre-trial disclosure deadline scheduled for April 25, 2007. We need to forthwith file our evidence, exhibits, and depositions. Also need to file a request to extend the time to object. Mike will set about contacting Ms. Parker to discuss upcoming trial. We also need to file a list of witnesses. Mike will meet with Ms. Parker to determine whether there are third parties who can testify as to damages. | 0.50<br>250.00/hr | DGP | 125.00 |
|  | Meeting with David Poston regarding upcoming trial. I will interview Ms. Parker to discuss direct examination and to determine whether there are other witnesses. | 0.50<br>250.00/hr | MDB | 125.00 |
|  | Dictated Pretrial Disclosures and reviewed file for documents. | 1.50<br>250.00/hr | DGP | 375.00 |
|  | Transcribed Pretrial Disclosures. | 0.50<br>75.00/hr | CAR | 37.50 |
|  | Prepared exhibits for trial on 5/9/07. Marked all copies for the Court. Made copies of all exhibits to be entered into evidence. Organized each exhibit to be introduced into binders, with corresponding binder tabs and index. Also made copies for all Counsel. | 5.44<br>75.00/hr | CAR | 408.00 |
| 5/3/2007 | Email Notification; Received and reviewed Submission Of Pretrial Documents: Defendant's Pretrial Disclosures. | 0.10<br>75.00/hr | CAR | 7.50 |
|  | Email Notification; Received and reviewed Submission Of Pretrial Documents: Defendant's Pretrial Disclosures. | 0.10<br>250.00/hr | DGP | 25.00 |
|  | Reviewed Defendant's pretrial disclosures. | 0.20<br>250.00/hr | DGP | 50.00 |
|  | Reviewed Defendant's pretrial disclosures. | 0.20<br>250.00/hr | MDB | 50.00 |
| 5/7/2007 | Trial preparation including review of depositions and file material in preparation for trial on May 9, 2007. | 3.00<br>250.00/hr | MDB | 750.00 |

Page    12

| | | Hrs/Rate | | Amount |
|---|---|---|---|---|
| 5/8/2007 | Reviewed Jerry Parker's deposition. | 1.00 250.00/hr | MDB | 250.00 |
| | Trial preparation consisting of preparing questions for direct examination of Fernisa Parker and of Jerry Parker. | 1.50 250.00/hr | MDB | 375.00 |
| 5/9/2007 | Meeting with Plaintiff's mother, Johnnie Mae Sanders, regarding damages. | 0.50 250.00/hr | DGP | 125.00 |
| | Attended trial before the Honorable Dwight H. Williams, Jr. | 2.25 250.00/hr | DGP | 562.50 |
| | Attended trial before the Honorable Dwight H. Williams, Jr. | 2.25 250.00/hr | MDB | 562.50 |
| | Post-trial debriefing and strategy as to how best to proceed regarding punitive damages. | 0.50 250.00/hr | DGP | 125.00 |
| | Post-trial debriefing and strategy as to how best to proceed regarding punitive damages. | 0.50 250.00/hr | MDB | 125.00 |
| | Meeting with Walter. Assigned him task of finding whether faulty legal advise may be a bar to punitive damages. | 0.10 250.00/hr | DGP | 25.00 |
| | Researched a link between incompetent or ineffective counsel and punitive damages. | 1.80 125.00/hr | WB | 225.00 |
| 5/10/2007 | Memo to Walter. Requested research regarding emotional injuries. | 0.10 250.00/hr | DGP | 25.00 |
| 5/15/2007 | Reviewed pre-bill worksheet and noted necessary changes. | 0.50 125.00/hr | WB | 62.50 |
| | Meeting with Walter Blakeney. Advised of grammatical and spelling errors that should be corrected in our detailed billing. | 0.20 75.00/hr | CAR | 15.00 |
| | Meeting with Christal. Indicated spelling and grammatical errors that should be corrected in billing. | 0.20 125.00/hr | WB | 25.00 |
| | Revisions to detailed billing. Corrected spelling and grammatical errors per Walter Blakeney's instruction. | 0.20 75.00/hr | CAR | 15.00 |
| | E-mail to David. Advised that the bill is ready for his review. | 0.10 75.00/hr | CAR | 7.50 |
| | E-mail from Christal. Advised that spelling and grammatical errors have been corrected. Indicated that the bill is ready for my review. | 0.10 250.00/hr | DGP | 25.00 |
| 5/16/2007 | Begin research regarding emotional injuries and what testimony is necessary to prove those injuries. | 0.70 125.00/hr | WB | 87.50 |

Page    13

|  |  | Hrs/Rate |  | Amount |
|---|---|---|---|---|
| 5/21/2007 | Research regarding punitive damages and the reduction of such damages based on good-faith reliance and legal counsel. | 1.50 125.00/hr | WB | 187.50 |
| 5/30/2007 | Reviewed final bill. | 1.00 250.00/hr | DGP | 250.00 |
|  | Dictated Motion For Costs And Attorney Fees and Affidavits In Support Of Request For Attorney Fees. | 1.50 250.00/hr | DGP | 375.00 |
| 5/31/2007 | Transcribed Motion For Costs And Attorney Fees and Affidavits In Support Of Request For Attorney Fees. | 1.00 75.00/hr | CAR | 75.00 |
|  | Reviewed and executed Affidavit In Support Of Request For Attorney Fees. | 0.20 250.00/hr | MDB | 50.00 |
| 6/1/2007 | Reviewed Motion For Costs And Attorney Fees and my fee affidavit. Made revisions both. | 0.30 250.00/hr | DGP | 75.00 |
|  | Transcribed revisions to Motion For Costs And Attorney Fees and Poston's Affidavit In Support Of Request For Attorney Fees. | 0.20 75.00/hr | CAR | 15.00 |
|  | Reviewed and executed final copy of Motion For Costs And Attorney Fees and Affidavit In Support Of Request For Attorney Fees. | 0.20 250.00/hr | DGP | 50.00 |
|  | Finalized and filed Motion For Costs And Attorney Fees and both fee affidavits. | 0.30 75.00/hr | CAR | 22.50 |

For professional services rendered                                   66.44      $12,398.40

Additional Charges :

| 11/21/2006 | Mailing--Letter to Johnnie Sanders. |  | 0.89 |
|---|---|---|---|

    1 Envelope @ $0.25
    1 Page      @ $0.25
    Postage     @ $0.39

| 11/22/2006 | Mailing--Discovery and cover letter to Bill Morgan. |  | 4.12 |
|---|---|---|---|

    1 Envelope @ $0.25
    12 Pages    @ $0.25
    Postage     @ $0.87

| 12/19/2006 | Mailing--Mailed Second Set of Interrogatories and cover letter to Bill Morgan. |  | 1.64 |
|---|---|---|---|

    1 Envelope @ $0.25
    4 Pages     @ $0.25
    Postage     @ $0.39

| | | Amount |
|---|---|---:|
| 12/29/2006 | Deposition Costs for deposition of Jerry Parker with First Southeast Acceptance. (Invoice was dated 11/22/06.) | 322.25 |
| 1/10/2007 | Mailing--Initial letter to Bill Morgan requesting responses to first set of discovery. | 0.89 |

1 Envelope @ $0.25
1 Page      @ $0.25
Postage    @ $0.39

| 1/16/2007 | Mailing--Second letter to Bill Morgan requesting discovery responses. | 0.89 |
|---|---|---:|

1 Envelope @ $0.25
1 Page      @ $0.25
Postage    @ $0.39

| 2/1/2007 | Mailing--Mailed Motion To Compel and Motion To Deem Facts Admitted to Bill Morgan. | 4.37 |
|---|---|---:|

1 Envelope @ $0.25
13 Pages    @ $0.25
Postage    @ $0.87

| 5/7/2007 | Copying cost for Trial Exhibits. | 58.00 |
|---|---|---:|

4 Trial packets consisting of 58 pages per packet = 232 pages x $0.25 = $58.00.

| Total additional charges | $393.05 |
|---|---:|
| Total amount of this bill | $12,791.45 |
| Balance due | $12,791.45 |