IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FERNISA PARKER, | ) | |
| | ) | |
|   Debtor. | ) | |
| | ) | |
| FERNISA PARKER, | ) | |
| | ) | |
|   Appellee, | ) | |
| | ) | CIVIL ACTION NO. |
|   v. | ) | 1:07cv737-MHT |
| | ) | |
| PIONEER CREDIT COMPANY OF | ) | |
| ALABAMA, INC., d/b/a lst | ) | |
| SOUTH EAST ACCEPTANCE | ) | |
| CORPORATION, | ) | |
| | ) | |
|   Appellant. | ) | |

ORDER

It is ORDERED that this appeal is set for an on-the-record status conference on September 19, 2007, at 9:30 a.m. Counsel for appellant are to arrange for the conference to be conducted by telephone.

DONE, this the 11th day of September, 2007.

                        /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE