IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FERNISA PARKER, | ) | |
| | ) | |
|    Debtor. | ) | |
| | ) | |
| FERNISA PARKER, | ) | |
| | ) | |
|    Appellee, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 1:07cv737-MHT |
| | ) | |
| PIONEER CREDIT COMPANY OF | ) | |
| ALABAMA, INC., d/b/a 1st | ) | |
| SOUTH EAST ACCEPTANCE | ) | |
| CORPORATION, | ) | |
| | ) | |
|    Appellant. | ) | |

ORDER

Based upon the representations made during an on-the-record status conference on September 19, 2007, it is ORDERED as follows:

    (1) The appeal of this cause is set for submission, without oral argument, on November 5, 2007.

    (2) Appellant's brief is due by October 15, 2007.

    (3) Appellee's brief is due by October 29, 2007.

**(4) Appellant is allowed until November 5, 2007, to file a reply.**

**DONE, this the 20th day of September, 2007.**

                                                /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**