IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>FERNISA PARKER, )<br>)<br>   Debtor. )<br>)<br>FERNISA PARKER, )<br>)<br>   Appellee, )<br>)<br>   v. )<br>)<br>PIONEER CREDIT COMPANY OF )<br>ALABAMA, INC., d/b/a First )<br>Southeast Acceptance )<br>Corporation, )<br>)<br>   Appellant. ) | CIVIL ACTION NO.<br>1:07cv737-MHT<br>(WO) |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that the bankruptcy court's award of attorneys' fees is affirmed.

It is further ORDERED that costs are taxed against appellant Pioneer Credit Company of Alabama, Inc., for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 10th day of September, 2008.**

**/s/ Myron H. Thompson**
**UNITED STATES DISTRICT JUDGE**